DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

**A T T O R N E Y S   F O R**  Defendants
BioFuels of Colorado, LLC and
Thomas A. Davanzo

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOLVERDI WORLDWIDE, LTD., an Australian public company; SOLVERDI, LLC, a Delaware limited liability company; and WHITE MOUNTAIN GROUP, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BIOFUELS OF COLORADO, LLC, a Colorado corporation;<br>THOMAS A. DAVANZO, an individual;<br>ROBERT FEDYNA, an individual;<br>Investors Does 1-10; and Customers Does 1-10,<br><br>Defendants. | CIVIL ACTION<br><br>**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>(Document Electronically Filed) |

83219192A01100109

Pursuant to Fed. R. Civ. P. 7.1, defendant BioFuels of Colorado, LLC hereby certifies that it does not have a corporate parent, and it further certifies that no publicly held corporation owns ten percent or more of its stock.

    s/ Elizabeth J. Sher

ELIZABETH J. SHER
DAY PITNEY LLP
P.O. Box 1945
Morristown, NJ 07962
(973) 966-6300
esher@daypitney.com

Attorneys for Defendants
BioFuels of Colorado, LLC and
Thomas A. Davanzo

Dated: October 1, 2009